IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS LICENSING, LLC, </br></br> Plaintiff, </br></br> v. </br></br> MICROSOFT CORPORATION, </br></br> Defendant, | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. No. 13-2073-SLR </br> ) </br> ) </br> ) </br> ) </br> ) |

**MEMORANDUM ORDER**

At Wilmington this ᴴᵗʰday of June, 2015, having reviewed defendant Microsoft Corporation's ("defendant") motion for partial judgment on the pleadings, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 194) is granted, for the reasons that follow:

1. On December 20, 2013, plaintiff Parallel Networks Licensing LLC ("plaintiff") filed the instant suit alleging infringement of U.S. Patent Nos. 5,894,554 ("the '554 patent") and U.S. Patent No. 6,415,335 ("the '335 patent") against defendant.[1] (D.I. 1) On the same day, plaintiff filed a complaint for infringement of the same two patents against defendant International Business Machines Corporation ("IBM"). (Civ. No. 13-2072, D.I. 1) On March 17, 2015, the court granted IBM's motion for partial judgment on the pleadings. (Civ. No. 13-2072, D.I. 182, D.I. 183)

---

[1] The court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. The parties' briefing in the case at bar raises the same arguments and defendant seeks the same relief as IBM. (D.I. 194; D.I. 203; D.I. 206) For the reasons stated in this court's memorandum opinion and order of March 17, 2015 in the related case, the court grants defendant's motion for partial judgment on the pleadings (D.I. 194).

_____
United States District Judge