IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendants. | Civil Action No. 13-2073(KAJ) <br><br> JURY TRIAL DEMANDED |

## ORDER

Plaintiff Parallel Networks has moved for summary judgment (D.I. 292), seeking to reject Microsoft's invalidity theories relating to U.S. Patent Nos. 5,894,554 ("the '554 patent") and 6,415,335 ("the '335 patent"). Defendant Microsoft has moved for summary judgment of non-infringement. (D.I. 287.)

For the reasons set forth in the opinion issued in this case, IT IS HEREBY ORDERED THAT:

1. Parallel Networks' motion for summary judgment is DENIED.

2. Microsoft's motion for summary judgment is GRANTED with respect to indirect infringement.

3. Microsoft's motion for summary judgment is DENIED with respect to direct infringement.

　　　　　　　　　　　　　　　/s/ Kent A. Jordan
　　　　　　　　　　　　　　　Kent A. Jordan, Circuit Judge
　　　　　　　　　　　　　　　United States Court of Appeals for the Third Circuit
　　　　　　　　　　　　　　　(By designation)

Dated: February 22, 2017
Wilmington, Delaware