# United States Court of Appeals
# for the Federal Circuit

---

**PARALLEL NETWORKS LICENSING, LLC,**

*Plaintiff - Appellant*

**v.**

**MICROSOFT CORPORATION,**

*Defendant - Appellee*

---

2018-1120

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-02073-KAJ-SRF, Judge Kent A. Jordan (sitting by designation).

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

June 28, 2019          /s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court